```
LOEB & LOEB LLP
KAREN THORLAND
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:   310-282-2200
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPLAN, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>EDEF HEALTH SERVICES INTERNATIONAL, LLC, a California Limited Liability Company, and EDNA DOMINGO, an individual,<br><br>Defendants. | Case No. 07CV0294 JM BLM<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS, Plaintiff Kaplan, Inc. ("Kaplan") filed Civil Action No. 07CV0294 JM BLM entitled <u>Kaplan, Inc. vs. EDEF Southern District of California</u>, asserting, *inter alia*, claims of copyright infringement, false designation of origin, and trademark dilution against defendants EDEF Health Services International ("EDEF") and Edna Domingo (collectively, "Defendants");

WHEREAS, the parties hereto have agreed to resolve the aforementioned claims by settlement agreement, and by a consent judgment as set forth below;

Without admitting liability or any wrongdoing, Defendants have agreed to entry of this Consent Judgment and Permanent Injunction to fully and finally settle this matter.

NOW, therefore, upon the consent of the parties hereto, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. This Court has jurisdiction over the subject matter of this action and the undersigned parties hereto.

2. Defendants, their officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of them are permanently enjoined and restrained from:

   (i) Reproducing and/or distributing Kaplan's copyrighted test preparation materials, including outlines, worksheets, lectures, exams, and other materials, and specifically including but not limited to "Kaplan Nursing The Course Book: Preparation for the NCLEX-RN Exam" ("The Course Book"), which is comprised of test preparation materials such as the Kaplan Decision Tree, and the Kaplan Diagnostic Exam, anywhere throughout the World.

   (ii) Using the KAPLAN name and trademark in connection with EDEF and/or Edna Domingo's services as an instructor, or any other business or test preparation service anywhere throughout the World.

   (iii) Engaging in any acts contributing to and/or assisting any of the foregoing.

3. Within five (5) business days of the date of this Consent Order and Judgment, Defendants shall deliver to counsel for Kaplan for destruction all unauthorized copies of Kaplan test preparation and/or course materials in Defendants' possession, custody and control.

4. Within five (5) business days of the date of this Consent Order, Defendants shall execute and deliver to counsel for Kaplan an affidavit confirming that all materials set forth in Paragraph 3 have been delivered to counsel for Kaplan in accordance with said paragraph and that Defendants are no longer in possession, custody or control of any such materials.

5. This Court shall retain jurisdiction over this action for purposes of enforcement of this Consent Order and Judgment.

6. All parties hereto shall bear their own attorneys' fees and costs.

7. Notwithstanding any contrary provisions of the Federal Rules of Civil Procedure or the absence of any findings of fact and/or conclusions of law by this Court, any requirements for which have been expressly waived by Plaintiff and Defendants, this Consent Judgment is a final judgment in this action and suitable for entry by the Clerk pursuant to Fed. R. Civ. Proc. 58 and 79(a). All rights to appeal this final judgment, on any basis, have been expressly waived by the parties.

_____
Magistrate Judge Barbara Lynn Major

Entry of the foregoing judgment with permanent injunction is hereby CONSENTED TO AND APPROVED:

DATED: June 15, 2007.

| LOEB & LOEB LLP | THE AFFINITY LAW GROUP |
|---|---|
| By_____<br>Karen Thorland | By_____<br>Gregory P. Goonan<br>Niles R. Sharif |
| Loeb and Loeb<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067<br>(310) 282-2154<br>(310) 282-2200 – Fax<br><br>*Attorneys for Kaplan, Inc.* | The Affinity Law Group<br>600 West Broadway, Suite 400<br>San Diego, California 92101<br><br><br><br>*Attorneys for EDEF Health Services International and Edna Domingo* |

**PROOF OF SERVICE**

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On June 19, 2007, I served a true copy of the **CONSENT JUDGMENT AND PERMANENT INJUNCTION** on the parties in this cause by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

Niles R. Sharif  
Law Offices of Niles R. Sharif  
9001 Grossmont Boulevard  
LaMesa, CA 91941

Gregory P. Goonan  
The Affinity Law Group  
600 West Broadway, Suite 400  
San Diego, CA 92101

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2007, at Los Angeles, California.

*/s/ Vicki S. Henderson*  
Vicki S. Henderson

LA1631172.1  
206350-10010